**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>WALL GROUP INDUSTRIES, INC.,<br><br>Debtor. | ) | Case No. 17-80873<br><br>Chapter 11 |
| WALL GROUP INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FFD, LLC and MICHAEL OLANDER, JR.,<br><br>Defendants. | ) | Adv. Pro. No. 17-09021 |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 7041 of the Federal Rules of Bankruptcy Procedure, James Angell, as Chapter 7 Trustee for Plaintiff Wall Group Industries, Inc. and Defendants FFD, LLC and Michael Olander, Jr., by and through their undersigned counsel, hereby jointly stipulate to a dismissal with prejudice of all claims filed in this action. Each party shall bear his, her or its own attorneys' fees and costs.

[Signature page follows.]

This the 7th day of June, 2018.

/s/ James B. Angell
James B. Angell
Howard, Stallings, From, Hutson, Angell & Davis, P.A.
Post Office Box 12347
Raleigh, North Carolina 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703
JAngell@hsfh.com
*Chapter 7 Trustee for Wall Group Industries, Inc.*

/s/ Matthew P. Weiner, Esq.
Matthew P. Weiner (N.C. Bar No. 37128)
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 828-0564
mattweiner@parkerpoe.com
*Attorneys for FFD, LLC and Michael Olander, Jr.*